

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-21-00474-CV

**IN THE INTEREST OF B.E.S.,** a child,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02300
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's brief was due January 31, 2022, but has not been filed. This appeal will be set "at issue" in ten days. If appellee's brief and a written response stating a reasonable explanation for failing to timely file the brief is not filed within ten days, this appeal will be set for submission without an appellee's brief.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court